UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>    Petitioner,<br><br>    v.<br><br>El DORADO COUNTY JAIL,<br><br>    Respondent. | No. 2:19-cv-1414 JAM KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 13, 2019, are adopted in full.

2. The instant petition (ECF No. 1) is summarily dismissed pursuant to Rule 4 Governing

1

Section 2254 Cases.

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: October 10, 2019

/s/ John A. Mendez  
HONORABLE JOHN A. MENDEZ  
United States District Court Judge